JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Cleotilde Servin,                    )     Case No. CV 11-00052-ODW(VBKx)

            Plaintiff,     )     **ORDER OF DISMISSAL**

     v.                   )

First Franklin et al.,        )

           Defendants.   )
_____ )

     THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

     The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

                   OTIS D. WRIGHT, II
               United States District Judge